COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Eric D. Burns v. EMD Supply Inc., James A. White in his Official
                         Capacity as CEO of EMD Supply, et al.

Appellate case number:   01-22-00929-CV

Trial court case number: 22-DCV-294981

Trial court:             268th District Court of Fort Bend County

Appellant Eric D. Burns ("Appellant") filed a notice of appeal of the trial court's orders signed on October 31, 2022, November 12, 2022, and December 2, 2022. The clerk's record filed in this Court includes his Statement of Inability to Afford Payment of Court Costs or an Appeal Bond ("Statement"), which was filed in the trial court on July 11, 2022. *See* Tex. R. Civ. P. 145(a), (b), (d); *see also* Tex. R. Civ. P. 502.3. The clerk's record does not reflect that any motion to require Appellant to pay costs or any contest to Appellant's Statement was filed. *See* Tex. R. Civ. P. 145(f). Appellant filed a copy of his Statement in this Court on January 17, 2023. Tex. R. App. P. 20.1(a), (b).

**Therefore, the Clerk of this Court is directed to make an entry in this Court's records that Appellant is allowed to proceed on appeal without payment of costs and without payment for the appellate record.** *See* Tex. R. Civ. P. 145(a); Tex. R. App. P. 20.1(a), (b). Court reporters Gina Jackson and Marisol Ramos are directed to prepare and file a reporter's record at no cost to Appellant. **The reporter's record is due to be filed no later than 30 days from the date of this order.** Appellant's brief will be due thirty days from the date the reporter's record is complete. Tex. R. App. P. 38.6(a).

It is so ORDERED.

Judge's signature: /s/ Veronica Rivas-Molloy
                    Acting individually

Date: February 7, 2023